In the Matter of KARSTEN DAIRIES, INC., Appellant, against CHARLES H. BALDWIN, as Commissioner of Agriculture and Markets, Respondent.

(Argued November 18, 1935; decided December 3, 1935.)

*Willard R. Pratt* and *Howard M. Rowe* for appellant. *Henry S. Manley* for respondent.

Appeal dismissed, with costs. No substantial constitutional question is raised. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.